03-16-00671-CR

Mary Scopas
207th Judicial District Court Reporter
Serving Comal, Hays and Caldwell Counties
(512) 757-0387
Scopam@co.comal.tx.us


November 21, 2016


Third Court of Appeals


Re:  Cause No. CR2016-157, State of Texas v. Joshua
Moreno, In the 207th Judicial District Court, Comal
County, Texas.


To Whom it May Concern:


I am respectfully requesting an additional 30
days to produce the appellate record in the
above-referenced case.



Very Truly Yours,




**\s\ Mary Scopas**
Mary Scopas, CSR, RPR
CSR #5313 -   Expiration Date: 12/31/16
RPR #812407 - Expiration Date: 09/30/19